J. A01008/15

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| DONEGAL MUTUAL INSURANCE | : | IN THE SUPERIOR COURT OF |
| COMPANY, AS SUBROGEE OF | : | PENNSYLVANIA |
| DAVID PETERSON, | : | |
| | : | |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| LANDAU BUILDING COMPANY, | : | |
| A CORPORATION; | : | |
| THOMAS LANDAU, INDIVIDUALLY, | : | |
| JEFFREY C. LANDAU, INDIVIDUALLY; | : | |
| ROCKSOLID INDUSTRIES, INC., | : | No. 563 WDA 2014 |
| ROBERT LEONE, AND | : | |
| COMPUSITE TECHNOLOGIES, INC. | : | |

Appeal from the Order, March 26, 2014,
in the Court of Common Pleas of Allegheny County
Civil Division at No. GD-12-008196

BEFORE:  FORD ELLIOTT, P.J.E., DONOHUE AND ALLEN, JJ.

JUDGMENT ORDER BY FORD ELLIOTT, P.J.E.:  **FILED FEBRUARY 18, 2015**

This is an appeal from the trial court's order of March 26, 2014, granting the defendants' motions for judgment on the pleadings and holding that plaintiff, Donegal Mutual Insurance Company, as subrogee of David Peterson, did not have a valid cause of action and is not entitled to recover against the defendants.[1]

---

[1] We note that on December 12, 2013, defendants Landau Building Company, Thomas Landau, Jeffrey C. Landau and Compu-Site Technologies filed a motion for judgment on the pleadings claiming Donegal Mutual Insurance Company was precluded from subrogating against the defendants

J. A01008/15

The disposition of this matter is controlled by this court's decision in **Liberty Mutual Insurance Co. v. Domtar Paper Co.**, 77 A.3d 1282 (Pa.Super. 2013), **appeal granted in part**, 92 A.3d 809 (Pa. 2014). Unless and until this precedent is overruled by our Supreme Court, we are obliged to follow it. Accordingly, the trial court's order is affirmed.

Order affirmed.

Judgment Entered.

_____

Joseph D. Seletyn, Esq.
Prothonotary

Date: 2/18/2015

---

in light of this court's decision in **Liberty Mutual Insurance Co. v. Domtar Paper Co.**, 77 A.3d 1282 (Pa.Super. 2013), **appeal granted in part**, 92 A.3d 809 (Pa. 2014). On December 20, 2013, defendants Rocksolid Industries, Inc. and Robert Leone filed a motion for judgment on the pleadings on the same basis. In separate orders dated March 26, 2014, the trial court granted defendants' motions.